**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 07-cv-00968-REB-CBS

TRUDIE M. ISKOWITZ, et al.,

       Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

       Defendants.

---

Civil Action No. 07-cv-00971-WYD-BNB

PATRICIA A. COFFMAN, et al.

       Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al,

       Defendants.

---

## ORDER GRANTING MOTION TO CONSOLIDATE

**Blackburn, J.**

     This matter is before me on the **United States' Unopposed Motion To Consolidate** [#9], filed May 30, 2007.  I grant the motion.

     Both of the above-captioned cases arise from the crash of a Cessna Citation business jet near Pueblo, Colorado, on February 16, 2005.  Two pilots and six passengers perished in the crash.  Under FED. R. CIV. P. 42(a), the court may

consolidate cases involving common questions of law or fact.  Common questions of law and fact are predominant in the two above-captioned cases.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **United States' Unopposed Motion To Consolidate** [#9], filed May 30, 2007, is **GRANTED**;

2.  That under FED. R. CIV. P. 42(a), and D.C.COLO.LCivR 42.1, Civil Action No. 07-cv-00971-WYD-BNB is **CONSOLIDATED** with  Civil Action No. 07-cv-00968-REB-CBS ;

3.  That under D.C.COLO.LCivR 42.1, Civil Action No. 07-cv-00971-WYD-BNB shall be **REASSIGNED** to this court and United States Magistrate Judge Shaffer;

4. That these consolidated actions **SHALL** be captioned as shown in the caption of this order, except that the case number for Civil Action No. 07-cv-00971-WYD-BNB shall be **AMENDED** to read Civil Action No. 07-cv-00971-REB-CBS.

Dated May 31, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**