IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00968-REB-CBS

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

---

Civil Action No. 07-cv-00971-REB-CBS

PATRICIA A. COFFMAN, et al.

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al,

    Defendants.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Entry of Protective Order Regarding Cockpit Voice Recorder Tape (*doc. no. 24)*; the Stipulated Motion for Entry of Protective Order Regarding Wreckage Preservation and Inspection (*doc. no. 26)*; and the Stipulated Motion for Entry of Protective Order (*doc. no. 27)* are **GRANTED**. The proposed stipulated protective orders are accepted by the court.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    August 24, 2007