**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00968-REB-CBS

TRUDIE M. ISKOWITZ, et al.,

      Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

      Defendants.

___

Civil Action No. 07-cv-00971-REB-CBS

PATRICIA A. COFFMAN, et al.,

      Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.

      Defendants.
___

**PROTECTIVE ORDER REGARDING COCKPIT VOICE RECORDER TAPE**
___

This action concerns an incident occurring February 16, 2005, at Pueblo, Colorado involving a Cessna Citation 560 ("Accident Aircraft"). This Protective Order Regarding Cockpit Voice Recorder ("CVR") Tape ("Order") is entered pursuant to C.R.C.P. 26(c) to preserve and protect, and establish a procedure for inspection and copying of the CVR Tape from the Accident Aircraft.

1.      The CVR Tape is in the possession of Tom Byrne, counsel for Circuit City Stores, Inc. and Martinair, Inc.  Mr. Byrne is custodian of the CVR Tape, and has agreed to preserve it and store it in a safe or secure lock box.

2.      The Parties wish to have the CVR Tape duplicated so that each party may have a copy of it.  During this process, the original CVR tape shall be preserved in its present condition in accordance with the provisions of the Protective Order Regarding Wreckage Preservation and Inspection (Document _____).

3.      The Parties have agreed that the duplication shall be done by Bruce E. Koenig, and that all Parties shall share equally in the cost of the duplication.  Mr. Koenig will duplicate the tape in tape and/or digitized format, as any party may request.  There shall be no enhancement, alteration or filtering during the duplication process.  Mr. Koenig will follow the protocol which is set forth in the attached Exhibit A, unless otherwise ordered by the Court or agreed by all parties. The tape duplication will be completed at the earliest convenient time, and all parties may send representatives to monitor the duplication process.

DONE THIS 24th DAY OF August, 2007.

BY THE COURT:

s/ Craig B. Shaffer
U.S. Magistrate Judge Craig B. Shaffer

## **EXHIBIT A**

Bruce E. Koenig of BEK TEK LLC will duplicate the CVR tape.  BEK TEK LLC anticipates taking the following steps with regard to the production of direct copies of the B&D Instruments and Avionics Cockpit Voice Recorder (CVR) tape (1/4-inch wide, 4-channel, 1 7/8 inches per second).  A digital master copy, in an appropriate format, and a duplicate tape master copy will be created.

1. The tape will be preliminarily inspected to determine whether or not non-magnetic leader or unrecorded tape needs to be attached to the loose ends of the tape.  If required, either non-magnetic leader or unrecorded tape may be spliced to the loose ends of the tape.

2. An overall physical inspection will be conducted of the evidence tape, to ensure that the tape and reel are not defective, damaged, or otherwise in a condition that would prohibit safe playback.

3. The evidence tape will be wound onto an appropriate, professional reel-to-reel unit with an empty ¼-inch reel as the take-up reel.  The playback unit will be selected based on the confirmed width, track configuration, and record speed of the evidence tape.  If the playback unit has a record/erase head, all necessary precautions will be taken to prevent any changes to the original CVR tape.

4. All four channels of the tape will be reviewed using appropriate equipment to insure proper playback speed and record level settings.

5. Preliminary playback of the tape will then be conducted to properly align the azimuth of the playback head to that of the recorded information on the evidence tape.

6. During the preliminary playback, the outputs of the playback unit will be connected to one or more professional digital audio recorders, and tape recorders with the appropriate number of channels, and the record levels of the recorders will be properly set such that the input signals are below the maximum allowable limit.  The type(s) of  professional digital and tape audio recorders will be selected based on the requested format(s) of the copies.

7. Once the playback characteristics and record levels are properly set, the evidence tape will be rewound to the beginning, the recorder(s) will be started, and playback of the evidence tape will then commence.  The recording process will be monitored in its entirety through the use of headphones.

8. Following the completion of the recording process, the digital master will be cloned or backed up.

9. After a digital master copy and tape master copy are created, if necessary, the recorded track position, configuration, and azimuth may be visualized through the application of a diluted solution of a ferrofluid to the oxide side of the tape in an area containing high-level recorded information, subject

        to the agreement of all parties. This portion of the tape will then be cleaned to remove the residue of the ferrofluid.

10. Digital copies will be made from the digital master in the requested format(s) and quantity.

11. Tape copies will be made from the tape master.

12. At the conclusion of the recordings, the original tape will be removed from the playback equipment and secured for return to counsel for Martinair and Circuit City.

13. Bruce Koenig will be the custodian of the digital master copy and the tape master copy.

BEK TEK LLC may propose modification or additions to the proposed procedures above depending on the condition of the evidence tape, differences between the reported characteristics of the evidence tape (record speed, track configuration, tape width) and the actual characteristics, subject to the agreement of all parties.