**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00968-REB-CBS

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

---

Civil Action No. 07-cv-00971-REB-CBS

PATRICIA A. COFFMAN, et al.

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al,

    Defendants.

---

Civil Action No. 07-cv-01087-LTB-MJW

NINA WINSTON, Administrator of the Estate of
DAVID WINSTON, deceased,

    Plaintiff,

v.

CIRCUIT CITY STORES, INC., a corporation,
MARTINAIR, INC., a corporation,
CESSNA AIRCRAFT COMPANY, a corporation,

    Defendants.

---

**ORDER GRANTING MOTION TO CONSOLIDATE**

**Blackburn, J.**

This matter is before me on the **Cessna Aircraft Company's Motion To Consolidate for Pretrial Proceedings** [#34], filed August 28, 2007. Cessna seeks to consolidate Civil Action 07-cv-01087-LTB-MJW with No. 07-CV-00968-REB-CBS for the purpose of pretrial proceedings. The plaintiff in 07-cv-01087-LTB-MJW filed a response [#37], and Cessna filed a reply [#38]. I grant the motion, but exercise my discretion under FED. R. CIV. P. 41(a)(2) to consolidate the actions for all purposes.[1]

All three of the above-captioned cases arise from the crash of a Cessna Citation business jet near Pueblo, Colorado, on February 16, 2005. Two pilots and six passengers were killed in the crash. Under FED. R. CIV. P. 42(a), the court may consolidate cases involving common questions of law or fact. Common questions of law and fact are predominant in the three above-captioned cases. To the extent Civil Action No. 07-cv-01087-LTB-MJW involves issues unique to that case, proceedings can be adjusted readily to resolve those unique issues.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Cessna Aircraft Company's Motion To Consolidate for Pretrial Proceedings** [#34], filed August 28, 2007, is **GRANTED** consistent with the following orders;

2. That under FED. R. CIV. P. 42(a)(2), and D.C.COLO.LCivR 42.1, Civil Action No. 07-cv-01087-LTB-MJW is **CONSOLIDATED** with Civil Action No. 07-cv-00968-REB-CBS for all purposes;

---

[1] By **Order Granting Motion To Consolidate** [#12] entered May 31, 2007, I have already consolidated civil action numbers 07-cv-00968-REB-CBS and 07-cv-00971-REB-CBS (formerly 07-cv-00971-WYD-BNB).

3. That under D.C.COLO.LCivR 42.1, Civil Action No. 07-cv-01087-LTB-MJW **IS REASSIGNED** to this court and to Magistrate Judge Shaffer;

4. That the three consolidated actions **SHALL** be captioned as follows:

Civil Action No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS and 07-cv-01087-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

Defendants; and

5. That to the extent necessary, the **Order Granting Motion To Consolidate** [#12] entered May 31, 2007, is **AMENDED** to conform to these orders.

Dated January 3, 2008, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**