IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:** 07-cv-00968-REB-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| (*consolidated with 07-cv-00971-REB-CBS and 07-cv-01087-REB-CBS*) | |
| **Date:** June 23, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| TRUDIE M. ISKOWITZ, *et al.*, | Thomas P. Routh, via telephone |
| | Mollie E. O'Brien, via telephone |
| **Plaintiffs,** | Daniel S. Kirschner, via telephone |
| v. | |
| CESSNA AIRCRAFT COMPANY, *et al.*, | Marilyn S. Chappell, via telephone |
| | Larry S. McClung, via telephone |
| | John Knutson, via telephone |
| | Ashley Dempsey, via telephone |
| **Defendants.** | Jordan L. Lipp, via telephone |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 1:36 p.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Motion to Compel Discovery Responses from Iskowitz and Coffman Plaintiffs [filed May 23, 2008; doc. 48] is granted for the reasons stated on the record. The documents discussed on the record shall be produced by July 7, 2008.

**ORDERED:** Plaintiffs' Joint Motion for Extension of Time and to Modify the Scheduling Order of August 15, 2007 [filed June 16, 2008; doc. 56] is granted. The parties shall designate affirmative experts by July 14, 2008. Defendants shall designated rebuttal experts by October 20, 2008. Plaintiffs shall designate rebuttal experts by November 19, 2008. The discovery cutoff is extended to January 12, 2009. The dispositive motion deadline shall remain January 12, 2009 and no further extensions shall be allowed.

HEARING CONCLUDED.

**Court in recess:** 2:25 p.m.
Total time in court: 00:49