IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS and 07-cv-01087-REB-CBS)

TRUDIE M. ISKOWITZ, *et al.*,

      Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, *et al.*,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR STAY OF ALL DEADLINES PENDING PARTIES' EVALUATION OF EFFECT OF BANKRUPTCY FILING BY DEFENDANT CIRCUIT CITY, INC.**

---

      The Court, having reviewed the Unopposed Motion for Stay of All Deadlines Pending Parties' Evaluation of Effect of Bankruptcy Filing by Defendant Circuit City, Inc. (*doc. #75*) (Motion) filed by Defendant Cessna Aircraft Company, and being advised,

      HEREBY ORDERS that the Motion is GRANTED, as follows. These consolidated actions shall not proceed at this time until further order from the bankruptcy court or from this Court as to how these actions shall proceed in light of the bankruptcy filing by Circuit City. A status conference will be held on **January 6, 2009 at 1:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED at Denver, Colorado, this 4th  day of December, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge