IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 07-cv-00968-REB-CBS          FTR - Reporter Deck-Courtroom A402
Date:   February 24, 2009                   Courtroom Deputy: Ginny Kramer

---

*Parties:*                                  *Counsel:*

TRUDIE M. ISKOWITZ,                         James Crouse
*as surviving spouse and personal*          Daniel Kirschner
*representative, and as administratrix of the*
*estate of deceased, and as natural guardian*
*and on behalf of minors and natural children*
*Estate of*
Aaron R. Iskowitz,
*other,*
Ryan A. Iskowitz,
*other,*
NATHAN O. Iskowitz, et al.,

        Plaintiffs,

v.

NINA WINSTON,
*Adminstrator of the deceased,*
*Estate of* David Wintson,

        Consol Plaintiff,

v.

CESSNA AIRCRAFT COMPANY,                    Mary Wells
*a Kansas corporation,* et al.,             Marilyn Chappell
                                            Colleen Conlin
        Defendants.                         Charles Casteel
                                            Thomas Byrne

v.

CIRCUIT CITY STORES, INC.,
*a corporation,*

      Consol Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**

**Court in Session: 3:57 p.m.**

Court calls case.  Appearances of counsel.

The Court and counsel discuss the Consol Plaintiff's Motion to Lift Stay *as to Non-Bankrupt Defendants* [#81].

**It was ORDERED:**

      1.      That the Consol Plaintiff's Motion to Lift Stay *as to Non-Bankrupt Defendants* [#81] filed January 13, 2009, is **DENIED** for the reasons stated on the record.

      2.      That the parties shall file a status report with the Court thirty (30) days from today's date.

HEARING CONCLUDED.

**Court in recess**: **4:06 p.m.**
Total time in court:    00:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.