**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS,
and 08-cv-02437-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

     Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

     Defendants.

---

Civil Action No. 08-cv-02298-LTB-MEH

MARTINAIR, INC.,

     Plaintiff,

v.

CESSNA AIRCRAFT COMPANY;
RANDY NEU;
BRUCE SIENKO;
JAMES KADRMAS; and
JOHN DOES(S) #1-10,

     Defendants.

---

## ORDER GRANTING MOTION TO CONSOLIDATE

---

**Blackburn, J.**

     This matter is before me on the **Martinair's Motion To Consolidate for** [#98],

filed March 20, 2009.  Martinair seeks to consolidate Civil Action 08-cv-02298-LTB-

MEH, *Martinair, Inc. v. Cessna Aircraft Company, et al.*, with the above-captioned

consolidated cases.  Cessna has filed a response [#103] to the motion but Cessna does not oppose consolidation.  As required by D.C.COLO.LCivR 7.1, counsel for Martinair has contacted the other parties to determine if they oppose the relief sought by Martinair.  The other parties do not oppose consolidation.

All of the above-captioned cases arise from the crash of a Cessna Citation business jet near Pueblo, Colorado, on February 16, 2005.  Two pilots and six passengers were killed in the crash.  Under FED. R. CIV. P. 42(a), the court may consolidate cases involving common questions of law or fact.  Common questions of law and fact are predominant in the above-captioned cases.  To the extent any of these cases involves issues unique to a particular case, proceedings can be adjusted readily to resolve those unique issues.  Thus, the motion to consolidate should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Martinair's Motion To Consolidate for** [#98], filed March 20, 2009, is **GRANTED**;

2.  That under FED. R. CIV. P. 42(a)(2), and D.C.COLO.LCivR 42.1, Civil Action 08-cv-02298-LTB-MEH, *Martinair, Inc. v. Cessna Aircraft Company, et al.* is **CONSOLIDATED** with Civil Action No. 07-cv-00968-REB-CBS for all purposes;

3.  That under D.C.COLO.LCivR 42.1, Civil Action No. 08-cv-02298-LTB-MEH **IS REASSIGNED** to this court and to Magistrate Judge Shaffer; and

4. That the these consolidated actions **SHALL** be captioned as follows:

Civil Action No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS, 08-cv-02298-REB-CBS, and 08-cv-02437-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

      Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

      Defendants.

Dated April 27, 2009, at Denver, Colorado.

                       **BY THE COURT:**

                       Robert E. Blackburn
                       United States District Judge