IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS,
08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, *et al.*,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, *et al.*,

    Defendants.

---

**ORDER AMENDING SCHEDULING ORDER AS TO**
***WIGHTMAN v. CESSNA* AND *WALTON v. CESSNA***

---

    The Court, having reviewed Defendant Cessna Aircraft Company's Motion to Amend the Scheduling Order (*doc. # 129)* as to deadlines pertaining to *Jean M. Wightman, as Personal Representative of the Estate of Jeffrey S. Wightman, v. Cessna Aircraft Company*, Civil Action No. 09-cv-00835-REB-CBS, and *Catherine S. Walton, as Personal Representative of the Estate of Bruce Walton, v. Cessna Aircraft Company*, Civil Action No. 09-cv-01145-REB-CBS, and being advised,

    HEREBY GRANTS the instant motion and ORDERS as follows:

    The Scheduling Order in these consolidated actions, as amended on September 1, 2009 (CM/ECF docket no. 121), is further amended as follows: Paragraph 4 of the September 1, 2009 Order is deleted, and the following is substituted in its place:

    4.    In *Jean M. Wightman*, as *Personal Representative of the Estate of Jeffrey S. Wightman, v. Cessna Aircraft Company*, Civil Action No. 09-cv-00835-REB-CBS *(Wightman v. Cessna), and*

*Catherine S. Walton, as Personal Representative of the Estate of Bruce Walton, v. Cessna Aircraft Company*, Civil Action No. 09-cv-01145-REB-CBS:

    a.    The depositions of the Plaintiffs shall occur on or before January 15, 2010; the deposition of the Wightman Plaintiff shall be coordinated among counsel in the *Wightman v. Cessna* action and counsel in the action entitled *Jean Mason Wightman, Individually and as Surviving Spouse of Jeffrey Stuart Wightman, Deceased, v. The United States of America, Department of Transportation, Federal Aviation Administration*, No. 08-cv-02437-REB-CBS *Wightman v. U.S.* (No. 08-cv-02437-REB-CBS);

    b.    Plaintiffs' Fed. R. Civ. P. 26(a)(2) expert disclosures regarding damages shall be submitted on or before December 15, 2009;

    c.    Cessna's Fed. R. Civ. P. 26(a)(2) expert disclosures regarding damages shall be submitted on or before March 1, 2010.

DATED at Denver, Colorado, this 26th day of October, 2009.

                                                              BY THE COURT:

                                                         *s/Craig B. Shaffer*
                                                         Craig B. Shaffer
                                                         United States Magistrate Judge