**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS, 08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT GOODRICH
CORPORATION IN CIVIL ACTION NUMBERS
07-cv-00968-REB-CBS AND 07-cv-00971-REB-CBS**

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal; [Proposed] Order Thereon** [#132] filed October 28, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff Trudie M. Iskowitz's claims against defendant Goodrich Corporation in civil action number 07-cv-00968-REB-CBS,  and plaintiff Patricia A. Coffman's claims against defendant Goodrich Corporation in civil action number 07-cv-00971-REB-CBS, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal; [Proposed] Order Thereon** [#132] filed October 28, 2009, is **APPROVED**;

    2.  That plaintiff Trudie M. Iskowitz's claims against defendant Goodrich

Corporation in civil action no. 07-cv-00968-REB-CBS, are **DISMISSED WITH PREJUDICE**, with each party to pay their own attorney fees and costs;

      3.  That plaintiff Patricia A. Coffman's claims against defendant Goodrich Corporation in civil action no. 07-cv-00971-REB-CBS, are **DISMISSED WITH PREJUDICE**, with each party to pay their own attorney fees and costs; and

      3.  That defendant Goodrich Corporation is **DROPPED** as a named defendant in in civil action numbers 07-cv-00968-REB-CBS and 07-cv-00971-REB-CBS, and the case captions are amended accordingly in civil action numbers 07-cv-00968-REB-CBS and 07-cv-00971-REB-CBS.

      Dated November 2, 2009, at Denver, Colorado.

                                    BY THE COURT:

                                    *[signature: Bob Blackburn]*
                                    Robert E. Blackburn
                                    United States District Judge