# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 07-cv-00968-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** December 7, 2009 | **Courtroom Deputy:** Linda Kahoe |

TRUDIE M. ISKOWITZ,                                            Thomas Patrick Routh
PATRICIA A. COFFMAN,

NINA WINSTON,                                                        Daniel Seth Kirschner

JEAN MASON WIGHTMAN,                                      Bruce A. Lampert
CATHERINE S. WALTON,

     Plaintiffs/Consol Plaintiffs,

     v.

CESSNA AIRCRAFT COMPANY,                             Mary Alice Wells

MARTINAIR, INCORPORATED,                               Thomas J. Byrne
                                                                                                             John Carl Knudsen

USA, *et al.,*                                                                     Mark S. Pestal
                                                                                                             Ashley Dempsey

     Defendants,

CIRCUIT CITY STORES, INC.,                                  Thomas J. Byrne
                                                                                                 John Carl Knudsen

DEPARTMENT OF TRANSPORTATION,
FEDERAL AVIATION ADMINISTRATION,

     Consol Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:**    TELEPHONIC DISCOVERY CONFERENCE
**Court in session:**    3:19 p.m.
Court calls case. Appearances of counsel.

Discussion regarding Plaintiffs Wightman and Walton's Motion to Modify Scheduling Order, doc. #[134], filed 12/2/2009.

For the reasons as stated on the record, it is:

**ORDERED:**    Plaintiffs Wightman and Walton's Motion to Modify Scheduling Order, doc. #[134] is **DENIED AS MOOT** as the court has established the following deadlines:

                 Plaintiffs Wightman and Walton must be deposed on or before **JANUARY 29, 2010.**

> Plaintiffs Wightman and Walton must disclose their expert reports consistent with Rule 26(a)(2) on or before **JANUARY 29, 2010.** Defendants must designate rebuttal experts or disclose rebuttal reports on or before **FEBRUARY 26, 2010.** The discovery cut-off will remain at **MARCH 1, 2010.** The only exception to the discovery cut-off will be the depositions of experts disclosed by Wightman and Walton and any rebuttal experts designated by the United States and/or Cessna. A date for those depositions will be set once dispositive motions are decided. The dispositive motion deadline will remain **MARCH 15, 2010.**

Discussion regarding Plaintiffs Wightman and Walton's Motion for Protective Order Pursuant to F.R.C.P. 26(c)(1)(A) Relative to the Deposition of Jean M. Wightman, doc. #[135], filed 12/2/2009.

The government states it will withdraw its Notice of Deposition. The court states the withdrawal of the Notice of Deposition will moot the Motion for Protective Order.

**ORDERED:** Plaintiffs Wightman and Walton's Motion for Protective Order Pursuant to F.R.C.P. 26(c)(1)(A) Relative to the Deposition of Jean M. Wightman, doc. #[135] is **DENIED AS MOOT.**

HEARING CONCLUDED.
**Court in recess**:     **3:45 p.m.**
Total time in court:    00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.