**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00968-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: January 8, 2010** | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| TRUDIE M. ISKOWITZ, PATRICIA A. COFFMAN, | Thomas Patrick Routh |
| NINA WINSTON, | Daniel Seth Kirschner |
| JEAN MASON WIGHTMAN, CATHERINE S. WALTON, | *No appearance* |
|     Plaintiffs/Consol Plaintiffs, | |
|     v. | |
| CESSNA AIRCRAFT COMPANY, | Mary Alice Wells<br>Marilyn S. Chappell |
| MARTINAIR, INCORPORATED, | Thomas J. Byrne<br>John Carl Knudsen |
| USA, *et al.,* | Colleen L. Conlin *(via phone)* |
|     Defendants, | |
| CIRCUIT CITY STORES, INC., | Thomas J. Byrne<br>John Carl Knudsen |
| DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION, | |
|     Consol Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session: 10:04 a.m.**
Court calls case. Appearances of counsel.

The court reviews previous scheduling order deadlines.

Discussion and arguments regarding Motion to Strike Cessna Aircraft Company's Rule 26(a)(2) Rebuttal Disclosures by Defendants Martinair, Inc. and Circuit City Stores, Inc., doc #[140], filed 12/21/2009.

Mr. Byrne presents arguments.

Ms. Wells states that if Mr. Byrne submits a rebuttal-type challenge in writing, she will not move to strike. Ms. Wells requests at least 5 days prior to the scheduled deposition. The parties agree to provide the disclosures on or before February 1, 2010.

For the reasons as stated on the record, it is:

**ORDERED**: The Motion to Strike Cessna Aircraft Company's Rule 26(a)(2) Rebuttal Disclosures by Defendants Martinair, Inc. and Circuit City Stores, Inc., doc #[140], is **DENIED** to the extent that the motion seeks to strike the expert reports submitted by Drs. Winn and Morris. The motion is **GRANTED** to the extent that it seeks as an alternative relief the right to file, serve, or submit a sur-rebuttal to those reports. Martinair and Circuit City may provide rebuttal reports. The rebuttal reports should be directed to and should rebut the opinions specifically advanced by Cessna's experts.

Discussion regarding setting a trial date.

Discussion regarding reopening settlement discussions.

HEARING CONCLUDED.

**Court in recess**:   **10:55 a.m.**
Total time in court:   00:51

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.