**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS, 08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

---

## MINUTE ORDER[1]

---

The matter comes before the court on the **Motion of Defendant Martinair, Inc. and Circuit City Stores, Inc. For Leave to Incorporate Responses in Motion For Determination of State Law Applicable to Claims Against Martinair, Inc. and Circuit City Stores, Inc.** [#159] filed February 3, 2010[2]. The motion is **GRANTED**. Martinair and Circuit City Stores shall incorporate their responses to Cessna's Motion and to the Responses to that motion by the *Iskowitz, Coffman* and *Winston* plaintiffs, in their Motion for Determination of State Law Applicable to Claims Against Martinair, Inc and Circuit City Stores, Inc. no later than **February 12, 2010.**

    Dated: February 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] Henceforth, counsel shall comply with the Local Rules of Practice of this court, including Rule 7.1A, which is implicated adversely by the filing of this motion.