**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS, 08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Plaintiff Winston's Motion To Amend Response To Motion For Determination of Law Filed by Defendants Martinair and Circuit City** [#170] filed March 9, 2010. The motion is **GRANTED**, and the **Amended Plaintiff Winston's Response To Motion For Determination of Law Filed by Defendants Martinair and Circuit City** [#170-2] is accepted for filing.

    Dated: March 9, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.