IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS, 08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

**Blackburn, J.**

    The matter comes before the court *sua sponte*. The court has determined that this case should be set for trial. The number of parties, attorneys, witnesses, claims and issues make it inherently difficult to identify dates for a trial that is expected to take approximately 30 days and that will accommodate the calendars of all parties in interest. Thus, the court reasonably expects and requires that all parties in interest will make the arrangements necessary to facilitate such a lengthy trial.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That trial by jury shall commence Monday, August 23, 2010, at 8:30 a.m.(MDT); the court reserving the balance of August, 2010, and the month of September, 2010, with the exception of September 6, 2010 Labor Day), for trial, at which all parties shall appear without further notice, order, or subpoena;

    2. That unless ordered otherwise, trial shall be conducted on Monday through Thursday of each week pursuant to REB Civ. Practice Standard IV.B.2.; and

3. That the court shall conduct at least one Trial Preparation Conference on Friday, August 6, 2010, at 2:30 p.m. (MDT), pursuant to REB Civ. Practice Standard IV.C.1.

Dated April 26, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge