**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS,
08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

     Plaintiffs,

     v.

CESSNA AIRCRAFT COMPANY, et al.,

     Defendants.

---

## ORDER GRANTING MOTION TO SEAL

---

**Blackburn, J.**

     The matter before me is defendants Martinair, Inc.'s, and Circuit City Stores, Inc.'s **Motion To File "Unopposed Motion For Leave To Substitute Amended Response of Defendants Martinair and Circuit City Stores To Cessna Aircraft Company's Fed.R.Evid. 702 Motion To Exclude Testimony of Lyle Schaefer" Under Seal** [#255] filed June 2, 2010.  The requirements of D.C.COLO.LCivR 7.1 and 7.2 have been satisfied.  A showing of compelling reasons has been made.  No objections have been filed.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Motion To File "Unopposed Motion For Leave To Substitute Amended Response of Defendants Martinair and Circuit City Stores To Cessna Aircraft Company's Fed.R.Evid. 702 Motion To Exclude Testimony of Lyle Schaefer" Under Seal** [#255] filed June 2, 2010, by defendants, Martinair, Inc., and Circuit City Stores, Inc., is **GRANTED**;

2.  That pursuant to D.C.COLO.LCivR 7.2, that defendants Martinair, Inc., and Circuit City Stores, Inc.'s **Unopposed Motion For Leave To Substitute Amended Response of Defendants Martinair and Circuit City Stores To Cessna Aircraft Company's Fed.R.Evid. 702 Motion To Exclude Testimony of Lyle Schaefer** [#252] filed June 1, 2010, **SHALL BE SEALED**;

3.  That defendants Martinair, Inc., and Circuit City Stores, Inc.'s **Unopposed Motion For Leave To Substitute Amended Response of Defendants Martinair and Circuit City Stores To Cessna Aircraft Company's Fed.R.Evid. 702 Motion To Exclude Testimony of Lyle Schaefer** [#252] filed June 1, 2010, is **GRANTED**; and

4.  That defendants the **Amended Response of Martinair and Circuit City Stores To Cessna Aircraft Company's Fed.R.Evid. 702 Motion To Exclude Testimony of Lyle Schaefer** [#252-1] is accepted for filing, and **SHALL BE FILED UNDER SEAL**.

Dated June 15, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge