## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00968-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: June 22, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| TRUDIE M. ISKOWITZ,<br>PATRICIA A. COFFMAN, | Thomas Patrick Routh |
| NINA WINSTON, | Daniel Seth Kirschner *(via phone)* |
| JEAN MASON WIGHTMAN,<br>CATHERINE S. WALTON, | Bruce A. Lampert |
|     Plaintiffs/Consol Plaintiffs, | |
|     v. | |
| CESSNA AIRCRAFT COMPANY, | Marilyn Chappell<br>Mary Alice Wells |
| MARTINAIR, INCORPORATED, | John Carl Knudsen<br>Kevin Richard Kennedy |
| USA, *et al.*, | Mark S. Pestal<br>Colleen L. Conlin |
|     Defendants, | |
| CIRCUIT CITY STORES, INC., | John Carl Knudsen<br>Kevin Richard Kennedy |
| DEPARTMENT OF TRANSPORTATION,<br>FEDERAL AVIATION ADMINISTRATION, | |
|     Consol Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:**     **10:07 a.m.**
Court calls case. Appearances of counsel. *Mr. Daniel Seth Kirschner appears via phone.*

Discussion and arguments regarding Motion for Leave to Continue the Depositions of Certain Witnesses, doc #[211], filed 5/24/2010.

For the reasons as stated on the record, it is:

**ORDERED:** The Motion for Leave to Continue the Depositions of Certain Witnesses, doc #[211] is **GRANTED**. The depositions of Maurice Girard, David Lewandowski, and Ralph Rissmiller are reopened. These three depositions are limited to two hours each. Martinair's counsel is required to coordinate the depositions. All counsel are required to use each two hour deposition efficiently. The depositions must be completed before **AUGUST 1, 2010.** The depositions must take place in Wichita on dates convenient to counsel and deponents. The scope of the depositions will be limited to documents which were produced shortly before the depositions in question and in response to discovery requests served by Martinair. The court will also allow examination with respect to the video tape that was produced.

Discussion and arguments regarding Iskowitz and Coffman Plaintiffs' Motion for Leave to File Second Amended Complaint to Conform to the Evidence Pursuant to Fed.R.Civ.P. 6(b), doc #[222], filed 5/26/2010.

For the reasons as stated on the record, it is:

**ORDERED:** Iskowitz and Coffman Plaintiffs' Motion for Leave to File Second Amended Complaint to Conform to the Evidence Pursuant to Fed.R.Civ.P. 6(b), doc #[222] is **GRANTED** and the Second Amended Complaint is deemed filed as of today's date.

The court states that the parties may file objections to the rulings from the bench within ten days from today's date.

**ORDERED:** A revised Proposed Final Pretrial Order, complete with signatures, shall be filed no later than **12:00 p.m. on FRIDAY, JUNE 25, 2010.** The Proposed Final Pretrial Order shall conform to Judge Blackburn's Practice Standards. *(Counsel shall also email a copy of the Proposed Final Pretrial Order to Magistrate Judge Shaffer's chambers.)*

HEARING CONCLUDED.

**Court in recess**:   11:23 a.m.
Total time in court:   01:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.