**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS, 08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

## MINUTE ORDER[1]

    The matter before the court is **Cessna Aircraft Company's Unopposed Motion To Withdraw Fed.R.Evid. 702 Motion To Exclude Testimony of David Posey, M.D.** [#353] filed August 6, 2010. The motion is **GRANTED** and **Cessna Aircraft Company's Fed.R.Evid. 702 Motion to Exclude Testimony of David Posey, M.D.** [#180] filed April 1, 2010, is **WITHDRAWN**.

    Dated: August 9, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.