**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS,
08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter before the court is **Defendant United States' Joinder in Unopposed Motion For Extension of Deadline For Objection to Designations of Depositions and Videotaped Depositions (Doc. 356)** [#359] filed August 9, 2010. The motion is **GRANTED**, and **ALL PARTIES** shall have until **August 13, 2010**, in which to file objections to designations of depositions and videotaped depositions.

    Dated: August 10, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.