**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

**MINUTE ORDER**[1]

    In light of the settlement of all claims in the above-captioned consolidated action, the following motions are **DENIED** as moot: [#177], [#178], [#179], [#181], [#182], [#183], [#184], [#185], [#186], [#187], [#188], [#194], [#199], [#200], [#201], [#202], [#298], [#343], [#345], [#348], [#349], [#362], and [#363].

    Dated: September 14, 2010

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.