IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 08-CV-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter is before the court *sua sponte*. All of the claims in these consolidated actions have been settled. There are no pending matters. Pending the filing of final dismissal documents in these matters, I conclude that these consolidated cases should be closed administratively. Any party may seek to re-open this case on a showing of good cause. Of course, good cause shall include re-opening for the purpose of filing final dismissal documents.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That under **D.C.COLO.LCivR 41.2**, these consolidated actions are **CLOSED ADMINISTRATIVELY**; and

    2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close these consolidated actions action administratively, subject to reopening for good cause.

    Dated September 17, 2010, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    Robert E. Blackburn
                                                    United States District Judge